**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICOLE GIBSON, individually and on behalf of others similarly situated, | Civil Action No.: 2:19-cv-09070-CCC-JBC |
| *Plaintiff,* | |
| v. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| JACKSON HEWITT TAX SERVICE INC., JACKSON HEWITT INC., TAX SERVICES OF AMERICA, INC., BAYSIDE CAPITAL, NC., and CORSAIR CAPITAL, LLC, | |
| *Defendants.* | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff hereby provides notice of dismissal of her claims in the above-referenced matter. No Answer or motion for summary judgment has been filed in this matter. Such dismissal is made without prejudice.

Dated: April 9, 2019

**LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
bgreenberg@litedepalma.com

*Attorneys for Plaintiff*

**SO ORDERED**
*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.
Date: April 12, 2019